A05A1781. BAJJANI et al. v. GWINNETT COUNTY SCHOOL DISTRICT et al.

(651 SE2d 366)

PHIPPS, Judge.

In *Bajjani v. Gwinnett County School Dist.*,[1] we reversed the trial court's grant of the appellees' motion for judgment on the pleadings. Our Supreme Court granted certiorari in *Murphy v. Bajjani*[2] and reversed. Accordingly, our earlier opinion is vacated, the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Barnes, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., and Ruffin and Mikell, JJ., concur.*

DECIDED AUGUST 16, 2007.

*Carothers & Mitchell, Richard A. Carothers, Cheryl Benton Reid*, for appellants.
*Thompson & Sweeny, E. Victoria Sweeny, Stephen D. Pereira, Mahaffey, Pickens & Tucker, Gerald Davidson, Jr.*, for appellees.

---

[1] 278 Ga. App. 866 (630 SE2d 103) (2006).
[2] 282 Ga. 197 (647 SE2d 54) (2007).